**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **RADHEY LODGING LLC,**<br><br>              **Plaintiff,**<br><br>**vs.**<br><br>**AMGUARD INSURANCE COMPANY & MULLEN INSURANCE AGENCY LLC,**<br><br>              **Defendants.** | **CASE NO. 3:19-cv-00003-RGE-HCA**<br><br><br>**PLANTIFF'S MOTION TO DISMISS DEFENDANT MULLEN INSURANCE AGENCY LLC WITHOUT PREJUDICE** |

**COMES NOW**, the Plaintiff, Radhey Lodging LLC, by and through its undersigned counsel, and hereby dismisses Defendant Mullen Insurance Agency LLC without prejudice.

**PARRISH KRUIDENIR DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.**

By:  /s/ *Benjamin D. Bergmann*
      Benjamin D. Bergmann AT0009469
      2910 Grand Avenue
      Des Moines, Iowa 50312
      Telephone: (515) 284-5737
      Facsimile: (515) 284-1704
      Email: bbergmann@parrishlaw.com
      **ATTORNEY FOR PLAINTIFF**

**BERGMANN LAW FIRM, P.L.L.C.**

By:  /s/ *Beau A. Bergmann*
      Beau A. Bergmann AT0011561
      115 W. Monroe St.
      Mt Pleasant, IA 52641
      Telephone: (319) 385-8527
      Facsimile: (515) 598-7782
      Email: beau@bergmannlawfirm.com
      **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Mark J. Parmenter AT0006058
J. Michael Weston AT0008405
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Telephone: (319) 365-1184
Fax: (319) 365-1186
E-mail: mparmenter@lwclawyers.com
E-mail: mweston@lwclawyers.com
**ATTORNEYS FOR DEFENDANT**
**AMGUARD INSURANCE COMPANY**

Sean M. O'Brien, Esq.
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 246-5894
Fax: (515) 246-5808
E-mail: obrien.sean@bradshawlaw.com
**ATTORNEYS FOR DEFENDANT**
**MULLEN INSURANCE AGENCY LLC**

/s/ *Keren Guerrero*
Keren Guerrero
Legal Assistant