IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| RADHEY LODGING LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant | CASE NO. 3:19-cv-00003-RGE-HCA <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii), the Parties herein jointly stipulate to dismiss the above-caption matter with prejudice, and in support thereof, state:

1.     The Parties have settled all issues between them in this case and hereby file this joint stipulation to dismiss with prejudice all of Plaintiff's claims and causes of action filed against the Defendant in this action.

2.     The Parties agree that each party shall bear his/its own fees and costs.

WHEREFORE, the Parties stipulate that this case be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

**PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.**

By: */s/  Benjamin D. Bergmann*
Benjamin D. Bergmann AT0009469
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: bbergmann@parrishlaw.com

1

**BERGMANN LAW FIRM, P.L.L.C.**
Beau A. Bergmann AT0011561
115 W. Monroe
Mt. Pleasant, IA 52641
Telephone: (319) 385-8527
Facsimile: (515) 598-7782
Email: beau@bergmannlawfirm.com

**ATTORNEYS FOR PLAINTIFF**


**LEDERER WESTON CRAIG PLC**

By: */s/ J. Michael Weston*
 J. Michael Weston   AT0008405
 Mark J. Parmenter   AT0006058
 118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA  52406-1927
Phone: (319) 365-1184
Fax:    (319) 365-1186
E-mail:  mweston@lwclawyers.com
E-mail:  mparmenter@lwclawyers.com

**ATTORNEYS FOR DEFENDANT**


CERTIFICATE OF SERVICE

        I hereby certify that on the 19th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

*/s/  Benjamin D. Bergmann*